# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

140060

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                      SC: 140060
                                      COA: 293317
                                      Alger CC: 05-001684-FC

CRAIG MICHAEL SMITH,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 9, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

_____
Clerk

p0517